IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    :

            v.                    FILED          :        CRIM. NO.   06 - 701 - 07

VLADIMIR MORALES               NOV 1 3 2014   :

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

AND NOW, this 13TH day of November, 2014, upon consideration of the

Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that Indictment No. 06 - 701 - 07 is dismissed without prejudice.

BY THE COURT:

_____
Hon. C. Darnell Jones II
*Judge, United States District Court*